# Third District Court of Appeal

## State of Florida

Opinion filed February 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1194
Lower Tribunal No. 21-FH0743
_____

**V.T.,**
Appellant,

vs.

**Liberty Dental Plan of Florida, Inc.,**
Appellee.

An appeal from the State of Florida Agency for Health Care Administration, Office of Fair Hearings.

V.T., in proper person.

Ausley McMullen, and Erik M. Figlio, and Alexandra E. Akre (Tallahassee), for appellee.

Before LOGUE, MILLER, and LOBREE, JJ.

MILLER, J.

Appellant, V.T., a Medicaid recipient under a plan administered by Liberty Dental, challenges a final order of the Agency for Health Care Administration (the "Agency") dismissing her request for a Medicaid Fair Hearing. Because the Agency received appellant's request 141 days after Liberty Dental denied her appeal and issued a Notice of Plan Appeal Resolution ("NPAR"), along with information regarding the right to request a fair hearing, and appellant's initial brief fails to identify any specific error below, we affirm the order under review. See Fla. Admin. Code R. 59G-1.100(8)(g) ("A fair hearing request by an enrollee must be received by the Agency within 120 days of the date the required NPAR is sent to the enrollee."); Fla. Admin. Code R. 59G-1.100(9)(b)3. ("A Hearing Officer is authorized to deny or dismiss a request for a fair hearing for reasons consistent with this rule, including the following: . . . [a] fair hearing request is untimely."); see also Hoskins v. State, 75 So. 3d 250, 257 (Fla. 2011) ("[T]his argument was not raised in the initial brief filed here. Accordingly, the claim is barred."); Tillery v. Fla. Dep't of Juv. Just., 104 So. 3d 1253, 1255–56 (Fla. 1st DCA 2013) (holding that an argument not raised in an initial brief is waived).

Affirmed.